IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-066-WKW |
| ) | [WO] |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 19, 2015 the Magistrate Judge filed a Recommendation in this case. (Doc. # 10.) On March 2, 2015, Plaintiff Christopher Harrison filed an objection. (Doc. # 15.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

In his objection, Mr. Harrison objects to the Magistrate Judge's recommendation that his claim is the product of irrational or delusional thinking and reasserts the allegations contained in his Amended Complaint (Doc. # 7), namely that he has a computerized radio transmitter in his abdomen that is programmed to force him to commit suicide. Mr. Harrison alleges that he ingested the radio transmitter because it was disguised as food. Because Mr. Harrison fails to present

a logical set of facts to support a claim for relief, his Objection (Doc. # 15) is due to be overruled and the Recommendation (Doc. # 10) of the Magistrate Judge adopted.

Accordingly, it is ORDERED as follows:

1. Mr. Harrison's Objection (Doc. # 15) is OVERRULED.

2. The Recommendation (Doc. # 10) is ADOPTED.

3. Mr. Harrison's case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate final judgment will be entered separately.

DONE this 4th day of March, 2015.

                                                        /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE